UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

PATRICIA WATSON,

    Plaintiff,

vs.                                                Case No. 13-cv-14112-GRAHAM

MEDICREDIT, INC.,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**
**AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. Rule 7.1, Defendant Medicredit, Inc. ("Medicredit") makes this corporate disclosure and identifies the following interested parties:

1.    Plaintiff, Patricia Watson.

2.    Plaintiff's counsel:

    James S. Giardina
    The Consumer Rights Law Group
    3104 W. Waters Avenue, Suite 200
    Tampa, Florida  33614-2877

3.    Defendant Medicredit, Inc., a Missouri corporation.  Medicredit is a wholly-owned subsidiary of the Outsource Group, Inc., also a Missouri corporation.  No publicly held corporation owns any of stock of Medicredit or its parent, the Outsource Group, Inc.

4.    Medicredit's counsel:

    Elizabeth M. Bohn, Esq.
    JORDEN BURT LLP
    777 Brickell Avenue, Suite 500
    Miami, Florida 33131-2803
    Telephone:  (305) 347-6879
    Facsimile:   (305) 372-9928
    Email: eb@jordenusa.com

Dated: April 30, 2013.

>Respectfully submitted by,
>
>/s/  Elizabeth M. Bohn
>Elizabeth M. Bohn, Esq.
>Florida Bar No. 288047
>**Jorden Burt LLP**
>777 Brickell Avenue, Suite 500
>Miami, FL 33131
>Telephone:  (305) 347-6879
>Facsimile:  (305) 372-9928
>Email: eb@jordenusa.com
>Attorneys for Defendant Medicredit, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Certificate of Interested Parties and Rule 7.1 Corporate Disclosure Statement was served on April 30, 2013 by the Court's CM/ECF electronic mail system to those parties registered to receive electronic notices of filings in this case.

>/s/ Elizabeth M. Bohn
>Elizabeth M. Bohn
>Florida Bar No. 288047

*#208238*