UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

PATRICIA WATSON,

    Plaintiff,

vs.                                    Case No. 13-cv-14112-Graham/Lynch

MEDICREDIT, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff, Patricia Watson, and Defendant, Medicredit, Inc., by and through undersigned Counsel, and pursuant to the Local Rules of this Court, hereby advise this Court that they have resolved the dispute that is the subject of this lawsuit and that this matter should be dismissed with prejudice, each party to bear its own costs and attorneys' fees, and request that the proposed Order of Dismissal with Prejudice attached hereto as Exhibit "A" be entered by this Court.

Dated: June 27, 2013.

| | |
|---|---|
| **/s/ James S. Giardina** | **/s/ *Elizabeth M. Bohn*** |
| James S. Giardina | Elizabeth M. Bohn |
| Florida Bar No. 942421 | JORDEN BURT LLP |
| THE CONSUMER RIGHTS | **Florida Bar No. 288047** |
| LAW GROUP, PLLC | 777 Brickell Avenue, Suite 500 |
| 3104 W Waters Ave., Suite 200 | Miami, Florida 33131 |
| Tampa, FL  33614-2877 | Phone: 305-347-6897 |
| Phone: 813-413-5610 | Fax: 305-372-9928 |
| Fax:  866-535-7199 | eb@jordenusa.com |
| james@consumerrightslawgroup.com | *Attorneys for Defendant* |
| *Attorney for Plaintiff* | |

#209037