**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**
Case No. 13-14112-CIV-GRAHAM/LYNCH

PATRICIA W. WATSON,

    Plaintiff,

vs.

MEDICREDIT, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Dismissal With Prejudice [D.E. 9].

**THE COURT** has considered the Stipulation, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2013.

                                       s/ Donald L. Graham
                                       DONALD L. GRAHAM
                                       UNITED STATES DISTRICT JUDGE

cc: Counsel of Record